# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:09-cr-00078 |
| ) | Judge Trauger |
| MICHAEL MCFARLAND ) | |

## O R D E R

The defendant's Motion to Correct or Reduce Sentence pursuant to 18 U.S.C. § 3582(c) (Docket No. 116) is DENIED. The defendant was sentenced pursuant to a binding plea agreement, wherein he agreed to be sentenced as a career offender, notwithstanding the guideline calculation. As such, the defendant's sentence was not based upon a sentencing range that has subsequently been lowered, and he is entitled to no sentencing relief under the "minus 2 drug amendment".

The Clerk shall send a copy of this Order to the defendant where he is presently housed.

It is so **ORDERED.**

Enter this 9th day of May 2016.

_____
ALETA A. TRAUGER
United States District Judge